

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and FRANK
J. KELLEY, ATTORNEY GENERAL FOR THE
STATE OF MICHIGAN, EX REL MICHIGAN
NATURAL RESOURCES COMMISSION, and
DIRECTOR OF THE MICHIGAN DEPARTMENT
OF NATURAL RESOURCES,

          Plaintiffs,

v.

WAYNE COUNTY, MICHIGAN; CITY OF
ALLEN PARK; CITY OF BELLEVILLE;
TOWNSHIP OF BROWNSTOWN; CITY OF
DEARBORN HEIGHTS; CITY OF ECORSE;
CITY OF LINCOLN PARK; CITY OF RIVER
ROUGE; CITY OF RIVERVIEW; CITY OF
ROMULUS; CITY OF SOUTHGATE; CITY OF
TAYLOR; TOWNSHIP OF VAN BUREN;
CITY OF WYANDOTTE; SOUTHGATE-
WYANDOTTE RELIEF DRAIN DRAINAGE
DISTRICT; and ECORSE CREEK POLLUTION
ABATEMENT DRAIN, NO. 1 DRAINAGE DISTRICT,

          Defendants.

Civil Action No. 87-70992
Hon. John Feikens

RECEIVED
SEP 28 1998
CLERK'S OFFICE
U.S. DISTRICT COURT

OCT 16 3 PM 98 FILED

## SECOND AMENDMENT TO THE MAY 24, 1994 CONSENT DECREE

WHEREAS, Plaintiffs, the United States of America, on behalf of the United States

Environmental Protection Agency ("EPA"), and Frank J. Kelley, the Attorney General for the State

of Michigan, ex rel, Michigan Natural Resources Commission, and Director of the Michigan

Department of Natural Resources, now known as the Department of Environmental Quality

("DEQ"),[1] filed the Complaint herein on March 18, 1987, against Defendant Wayne County,

---

[1]     Since the initiation of this action, the responsibilities of the Michigan Natural
Resources Commission and the Director of the Michigan Department of Natural Resources

Michigan (the "County") and, on October 26, 1988, a First Amended Complaint,[2] which added Defendants the Downriver Communities and the Drainage Districts;

WHEREAS, on May 24, 1994, upon consent of the parties, a Consent Decree ("the May 24, 1994 Consent Decree") was entered, resolving the claims asserted in the First Amended Complaint;

WHEREAS, because of new information and changes of circumstance, this Court has determined that an amendment to the May 24, 1994 Consent Decree and a First Amended Consent Decree entered by the Court on March 3, 1998, is necessary, as set forth herein.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## DEFINITIONS

All definitions contained in the May 24, 1994 Consent Decree, as amended by the March 3, 1998 First Amendment to the Consent Decree, are hereby incorporated into this Second Amendment to the May 24, 1994 Consent Decree.

## AMENDED AND RESTATED SECTIONS

The May 24, 1994 Consent Decree, as amended by the March 3, 1998 First Amendment to the Consent Decree shall remain in full force and effect in accordance with its terms, except that the paragraphs or subparagraphs identified below are amended and restated as follows:

---

have been changed by Gubernatorial Executive order and are now vested in the Director of the Michigan Department of Environmental Quality.

[2]      The Michigan Water Resources Act has been amended and is now known as Part 31, of the Natural Resources and Environmental Protection Act ("NREPA"), entitled Water Resources Protection MCLA 324.3101 - 324.3119.

IV.     COMPLIANCE PROGRAM.

* * * *

4.      Completion of all Planning, Design, Construction, and Performance Activities
Specified in Attachment A. The facilities recommended in the multi-volume, project plan dated
May 1, 1993, titled "Wayne County Downriver Collection System," and subsequent updates for
fiscal years 1995, 1996, 1997 and 1998, in combination with Riverview's separately-submitted plan,
entitled "Project Plan for Sanitary Sewer Improvements, City of Riverview" (collectively known as
the "Project Plan"), are deemed submitted to Plaintiffs. The May 1, 1993 Project Plan, the City of
Riverview's separately-submitted plan, and the updates for fiscal years 1995, 1996, 1997, and 1998
are hereby approved by Plaintiffs. Defendants shall, as set forth herein, take all measures necessary
to assure compliance with the Project Plan and this Consent Decree. Defendants acknowledge that
this approval does not constitute approval for State Revolving Fund ("SRF") loan assistance under
Part 53 of NREPA, MCLA 324.5301 - 324.5316, formerly known as 1988 Public Act 317, or
approval of plans and specifications under Part 41 of NREPA, MCLA 324.4101 - 324.4111, formerly
known as 1913 Public Act 98, and Defendants acknowledge that this approval, like all others under
the May 24, 1994 Consent Decree and this Amended Consent Decree, is governed by paragraph no.
51 herein. Defendants shall commence and complete all the construction and project completion
activities -- including but not limited to associated planning, design, rehabilitation, contracting,
construction, and performance certification -- listed in Attachment A hereto (a/k/a "Wayne County
Downriver Collection and Treatment System: Amended Project Schedule; March, 1997") and,
except as specified differently in the text of this Decree, Defendants shall commence and complete

-3-

all the activities listed in Attachment A by the deadlines set in Attachment A   In some instances

items listed in Attachment A are described in more detail in the Consent Decree.  In those instances,

Defendants shall complete all activities by the deadlines established in this Decree.  If in any instance

a deadline imposed in the text of this Decree conflicts with a deadline established by Attachment A,

the date set in the text of this Decree shall control.

****

6.     <u>Upgrade of Wayne County--Wyandotte Treatment Plant ("WWTP")</u>

* * * *

A.    (iii)    Completion of installation of WWTP Dechlorination Facilities by June 1, 1996, and subsequent compliance with a TRC limit of 0.5 mg/l and with the period of disinfection specified in the final NPDES permit until the commencement of construction of the ultraviolet radiation disinfection system.

(iv)    Installation of an ultraviolet radiation disinfection system in accordance with the Project Plan to meet final NPDES limits by April 1, 2000.

6.1    <u>Interim Measures To Minimize Total Residual Chlorine During Construction</u>

A. Wayne County shall, on or before October 1, 1998, submit to Plaintiffs for their

approval a plan (the "Interim Chlorine Control Plan")  to minimize the chlorine in the Plant's

effluent during construction of the ultraviolet disinfection system consistent with Rule 299.2943

promulgated under Part 41 of the Michigan Natural Resources and Environmental Protection Act,

1994 P.A. 451, as amended. The plan shall include, but not be limited to, the following:

-4-

    (i)    An investigation of the potential impacts of reduction of the plant treatment performance level on downstream potable water intakes under a seasonal disinfection scenario and a continuous disinfection scenario;

    (ii)    A schedule setting forth specific milestones for implementing the most appropriate alternative to protect the downstream potable water intakes from adverse public health impacts.

    (iii)    A process for notifying, within 10 days of Plaintiffs' approval of the Interim Chlorine Control Plan, all downstream Detroit River potable water-intake facilities, including Canadian facilities, of the proposed course of action and the potential impact on potable water intakes.

    (iv)    A clearly defined construction period and an explanation why performance of the plant cannot be met during the construction period.

    (v)    Identification of all reasonable efforts that will be undertaken by the county to provide the best interim operation of the WWTP possible.

B. If Wayne County can demonstrate that seasonal disinfection is the most effective alternative, then the Michigan Department of Environmental Quality, Surface Water Quality Division may, in its discretion, allow the county to implement seasonal disinfection consistent with the approved plan submitted above.

C. Upon approval by Plaintiffs, Defendants shall implement the Interim Chlorine Control Plan in accordance with the schedules and other provisions therein.

D. During the construction of the ultraviolet disinfection system, Defendants shall include in their monthly report to MDEQ a narrative description of the steps taken to implement the approved Interim Chlorine Control Plan; a description of any impediments to, or any problems with, the Interim Chlorine Control Plan and steps taken, or to be taken, to correct such impediments or problems and measures to be taken to continue implementing the Interim chlorine Control Plan.

7.   Regional Storage - Transport System

(ii)   Extension of Eureka Relief Sewer, in accordance with
the Project Plan;

\* \* \* \*

17.1   Deadlines Related to WWTP's Obligation To Submit and To Implement the Interim

TRC Control Plan. If Defendants fail to meet the deadlines set forth below, Wayne County shall pay

stipulated penalties as follows:

A.   If Defendants fail to complete installation of the ultraviolet radiation
disinfection system in accordance with the Project Plan, stipulated penalties
shall apply for each and every day beyond October 1, 2000, during which
such failure to complete installation continues, as provided in Paragraph 17.C
of the May 24, 1994 Consent Decree.

B.   If Defendants fail to submit to Plaintiffs a completed, substantially adequate
Interim Chlorine Control Plan called for under Paragraph 6.1.A, stipulated
penalties shall apply as follows for each day such document was submitted
untimely or remains in a substantively inadequate state:

| Period of Failure to Comply | Penalty Per Day of Noncompliance |
|---|---|
| 1st to 15th day | $1500  per day of violation |
| 16th to 30th day | $2500  per day of violation |
| After 30 days | $4000  per day of violation |

C.   If Defendants fail to submit to MDEQ the Interim Chlorine Control Plan
monthly reports pursuant to Subparagraph 6.1.D or for failure to notify the
downstream Detroit River, potable water intake facilities in accordance with
Subparagraph 6.1.A(iii), stipulated penalties shall apply as follows for each
day of delay in meeting such obligation as follows:

| Period of Delay | Penalty Per Day Delay |
|---|---|
| 1st to 30th day of delay | $100 per day |
| $31^{th}$ to 60th day | $150 per day |
| After 60 days | $200 per day |

\* \* \* \*

SO ORDERED THIS *16th* DAY OF ___*October*___19~~98~~AT DETROIT, MICHIGAN.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF MICHIGAN

<u>United States, et al.</u> v. <u>Wayne County, et al.</u>, Civil No. 87-70992 (E.D. Mich.) Signature Page of the
First Amendment to the May 24, 1994 Consent Decree

For the United States of America:

United States Department of Justice
Environment & Natural Resources Division
Washington, D.C.

_____                    Date: 9/23/58
Lois J. Schiffer
Assistant Attorney General


United States Department of Justice
Environmental & Natural Resources Division

_____
Thomas Carroll
Environmental Enforcement Section

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

FRANK J. KELLEY, ATTORNEY GENERAL FOR THE STATE OF MICHIGAN, EX REL, MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY

By _____  9/24/98
John C. Scherbarth
Assistant Attorney General
Natural Resources Division
Knapp's Office Centre
300 S. Washington, Suite 530
Lansing, Michigan 48913
Telephone: (517) 335-1488

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
660 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 381-8671

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

<u>For the Defendants</u>:

County of Wayne

*Edward H. M. namara*                           Date: 9-18-98

Edward H. McNamara
Chief Executive Officer

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
660 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 361-8671

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the
First Amendment to the May 24, 1994 Consent Decree

City of Allen Park

Kenneth Ford
Mayor

98BSGlsb(5205)=G:\W008530\CONTDEC.CLN=0825

<u>United States, et al.</u> v. <u>Wayne County, et al.</u>, Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

City of Belleville

Dennis Fassett
Mayor

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
660 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 381-8871

<u>United States, et al.</u> v. <u>Wayne County, et al.</u>, Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

Township of Brownstown

W. Curt Boller
Supervisor

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
650 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 361-8671

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

City of Dearborn Heights

_____
Ruth A. Canfield
Mayor

_____
Joyce A. Robbins
City Clerk

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
860 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 381-8671

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

City of Ecorse

_____

James Tassis
Mayor

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
660 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 361-8671

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the
First Amendment to the May 24, 1994 Consent Decree

City of Lincoln Park

_Frank Sall_

Frank Sall
Mayor

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

**CITY OF RIVER ROUGE**

By: _____
   Greg Joseph
Its: Mayor

*Charl E Manley*
_____
Charles E. Manley
Clerk

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
A PROFESSIONAL CORPORATION
600 WOODWARD AVENUE, SUITE 1000
DETROIT, MICHIGAN 48226
(313) 961-0071

** TOTAL PAGE.001 **

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

City of Riverview

Tim Durand
Mayor

<u>United States, et al.</u> v. <u>Wayne County, et al.</u>, Civil No. 87-70992 (E.D. Mich.) Signature Page of the
First Amendment to the May 24, 1994 Consent Decree

City of Romulus

William Oakley
Mayor

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN,
PROFESSIONAL CORPORATION
680 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 381-8671

<u>United States, et al.</u> v. <u>Wayne County, et al.</u>, Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

City of Southgate

_____
Norma Wurlinger
Mayor

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
660 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 381-8671

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

City of Taylor

_____

Gregory Pitoniak
Mayor

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
860 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226
(313) 381-8671

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

Van Buren Township

Helen Foster
Supervisor

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
600 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 301-8671

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

City of Wyandotte

Lawrence S Stec
Mayor

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
660 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 351-8621

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

Southgate/Wyandotte Relief Drain Drainage District

_Patti J. Duba_

**Patti J. Duha**

SEYBURN, KAHN, GINN, BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
660 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 361-6671

United States, et al. v. Wayne County, et al., Civil No. 87-70992 (E.D. Mich.) Signature Page of the First Amendment to the May 24, 1994 Consent Decree

Ecorse Creek Pollution Abatement Drain, No. 1 Drainage District

_Patti J. Duba_

**Patti J. Duha**

**Approved at the Ecorse Creek Pollution Abatement Drain No. 1 Drainage Board Meeting held Tuesday, September 15, 1998 at 3:30 p.m. at the City of Southgate Hall.**

SEYBURN, KAHN, GINN,
BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION
680 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

(313) 381-6671

LAW OFFICES
## SEYBURN, KAHN, GINN,
## BESS, DEITCH AND SERLIN
PROFESSIONAL CORPORATION

660 WOODWARD AVENUE, SUITE 1600
DETROIT, MICHIGAN 48226

TELEPHONE (313) 381-8671
FACSIMILE (313) 381-8675

BRUCE H. SEYBURN
BRUCE S. KAHN[1]
JAMES M. GINN
BARRY B. BESS
LAURENCE B. DEITCH
JOEL H. SERLIN
GORDON S. GOLD
MARK S. COHN
CHERYL SCOTT DUBE
HAROLD R. OSEFF
RICHARD C. BRUDER
BETH S. GOTTHELF
LESLIE STEIN
BARRY M. ROSENBAUM
TOVA G. SHABAN
ALAN M. STILLMAN
FRED B. GREEN
HENRY M. NIRENBERG, L.L.M.
CLARK G. DOUGHTY[2]
RICHARD E. BAKER
DAVID C. MAY
BARRY R. POWERS
CAROLYN SCHWARZ TISDALE[3,4,5]
RONALD L. CORNELL, JR.[1]
MARGUERITE M. GRITENAS
JULIE L. CANNER
MICHAEL N. SANTEUFEMIA[4,6]
JENNIFER S. PLACK[4]
DAVID A. GOLDBERG
JOSEPH W. LASH
TAMMY L. BROWN
ADAM D. ROSENBERG
MARC E. SEYBURN
KAREN H. RADER

OF COUNSEL
JEFFREY L. HOWARD

COUNSEL
GORDON S. SMITH
DAVID J. LIEBERMAN
KATHRYN A. BUCKNER[7]

1 ALSO MEMBER OF CALIFORNIA BAR
2 ALSO MEMBER OF FLORIDA BAR
3 ALSO MEMBER OF ILLINOIS BAR
4 ALSO MEMBER OF NORTH CAROLINA BAR
5 ALSO MEMBER OF CONNECTICUT BAR
6 ALSO MEMBER OF NEW YORK BAR
7 ALSO MEMBER OF MINNESOTA BAR

OAKLAND COUNTY OFFICE:

2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MICHIGAN 48075

TELEPHONE (248) 353-7620
FACSIMILE (248) 353-5727

Internet address:
bgotthelf@seyburn.com

October 15, 1998



RECEIVED

OCT 16 1998

JOHN FEIKENS
U.S. DISTRICT JUDGE
EASTERN DISTRICT OF MICHIGAN

Hon. John Feikens
Eastern District of Michigan
Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Room 851
Detroit, Michigan 48226

**RE:** ***U.S., et al v Wayne County, et al;* Case No. 87-70992**
**Second Amendment to the Consent Decree**
**Request to Enter Second Amendment to the May 24, 1994 Consent Decree**

Hon. John Feikens:

The United States, the State of Michigan, plaintiffs herein, request that the Court enter the proposed Second Amendment to the May 24, 1994 Consent Decree (the "Second Amendment") under the Clean Water Act, 33 U.S.C. § 1251 et seq. The proposed Second Amendment was lodged with the Court on September 28, 1998. The United States published notice of the proposed Second Amendment in the Federal Register on October 1, 1998 Fed. Reg. Volume 63, Number 190, Pages 52763-52764, advising the public that comments would be accepted by the United States Department of Justice ("DOJ") until October 12, 1998. DOJ has received no comments on the Second Amendment. All of the parties to this action have consented to the entry by this Court of the Second Amendment.