UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and FRANK
J. KELLEY, ATTORNEY GENERAL FOR THE
STATE OF MICHIGAN, EX REL MICHIGAN
NATURAL RESOURCES COMMISSION, and
DIRECTOR OF THE MICHIGAN DEPARTMENT
OF NATURAL RESOURCES,

    Plaintiffs,

vs.

WAYNE COUNTY, MICHIGAN; CITY OF
ALLEN PARK; CITY OF BELLEVILLE;
TOWNSHIP OF BROWNSTOWN; CITY OF
DEARBORN HEIGHTS; CITY OF ECORSE;
CITY OF LINCOLN PARK; CITY OF RIVER
ROUGE; CITY OF RIVERVIEW; CITY OF
ROMULUS; CITY OF SOUTHGATE; CITY OF
TAYLOR; TOWNSHIP OF VAN BUREN;
CITY OF WYANDOTTE; SOUTHGATE-
WYANDOTTE RELIEF DRAIN DRAINAGE
DISTRICT; and ECORSE CREEK POLLUTION
ABATEMENT DRAIN, NO. 1 DRAINAGE DISTRICT,

    Defendants.
_____/

Civil Action No. 87-70992

Hon. John Feikens



### DEFENDANTS' RENEWED MOTION TO AMEND THE MAY 24, 1994 CONSENT DECREE TO ALLOW FOR ONE YEAR EXTENSION OF BYPASS DEADLINE

Defendants, Wayne County and the Downriver Communities, by and through Wayne County Corporation Counsel and Seyburn, Kahn, Ginn, Bess and Serlin, P.C., renew their Motion to Amend the May 24, 1994 Consent Decree filed on June 5, 2002. In support of this renewed motion, Wayne County and the Downriver Communities state:

    1.    Paragraph 10.E. of the May 24, 1994 Consent Decree currently states that by October 1, 2002, all unpermitted bypass points in the Downriver Collection and Treatment System shall be

2002ADMjlk(5205)=G:\W008530\M-RENEW.001=0819    1

removed or sealed, except for those bypass locations listed in Paragraph 10.F. of the May 24, 1994 Consent Decree.

2. On June 5, 2002, Defendants filed a motion and supporting brief requesting Paragraph 10.E. of the May 24, 1994 Consent Decree be amended to extend the deadline to October 1, 2003, for removing or sealing the unpermitted bypasses ("Motion"). A copy of the Motion is attached as Exhibit A.

3. On July 11, 2002, this Court ruled to hold the Motion in abeyance.

4. To date, this Court has not ruled on the Motion.

5. Defendants require thirty (30) days to properly seal or remove the bypasses. Thus, if the Court fails to promptly grant the Motion or an extension by September 1, 2002, then the Defendants risk violating the Consent Decree while waiting for this Court's decision.

6. Accordingly, Defendants renew their Motion and corresponding brief. Alternatively, Defendants request that the deadline under Paragraph 10.E. of the May 24, 1994 Consent Decree be extended until this Court has an opportunity to hear the Motion.

WHEREFORE, Defendants respectfully request that this Court grant Defendants' Motion to Amend the May 24, 1994 Consent Decree and enter the proposed Third Amendment to the May 24, 1994 Consent Decree.

Respectfully submitted,

COUNTY OF WAYNE
CORPORATION COUNSEL

By: _Edward Ewell Jr. By Permission_
EDWARD EWELL, JR. (P38962)
WILLIAM WOLFSON (P35764)
MARY ROSE MacMILLAN (P32685)
LAVONDA JACKSON (P54982)
Attorneys for Plaintiff
415 Clifford Street, Fifth Floor
Detroit, Michigan 48226
(313) 224-6678

DATED: August 19, 2002

SEYBURN, KAHN, GINN,
BESS AND SERLIN, P.C.

By: _Beth S. Gotthelf_
BETH S. GOTTHELF (P38951)
AUDRA D. MURDOCK (P61002)
Co-Counsel for Plaintiff
2000 Town Center, Suite 1500
Southfield, Michigan 48075
(248) 353-7620

2002ADM(jlk(5205)=G:\W008530\M-RENEW.001=0819          2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# SEE CASE FILE FOR ADDITIONAL DOCUMENTS OR PAGES THAT WERE NOT SCANNED