UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA and FRANK J. KELLEY, ATTORNEY GENERAL FOR THE STATE OF MICHIGAN, EX REL MICHIGAN NATURAL RESOURCES COMMISSION, AND DIRECTOR OF THE MICHIGAN DEPARTMENT OF NATURAL RESOURCES,

Plaintiffs,

Civil Action No. 87-70992
Hon. John Feikens

v.

WAYNE COUNTY, MICHIGAN; CITY OF ALLEN PARK; CITY OF BELLEVILLE; TOWNSHIP OF BROWNSTOWN; CITY OF DEARBORN HEIGHTS; CITY OF ECORSE; CITY OF LINCOLN PARK; CITY OF RIVER ROUGE; CITY OF SOUTHGATE; CITY OF TAYLOR; TOWNSHIP OF VAN BUREN; CITY OF WYANDOTTE; CITY OF RIVERVIEW; SOUTHGATE-WYANDOTTE RELIEF DRAINAGE DISTRICT; AND ECORSE CREEK POLLUTION ABATEMENT DRAIN,

Defendants.



FILED
SEP 17 2002
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**ORDER DENYING DEFENDANTS' MOTION AND RENEWED MOTION TO ALLOW FOR ONE YEAR EXTENSION OF BYPASS DEADLINE**

This cause, coming to be heard on Defendant's Motion and Renewed Motion to Amend the May 24, 1994 Consent Decree to Allow for One Year Extension of Bypass Deadline, and the Parties having submitted briefs and arguments having been heard on August 30, 2002,

IT IS HEREBY ORDERED THAT:

1. Defendants' Motion is DENIED.



2. Defendants shall comply with Paragraph 10 of the May 24, 1994 Consent Decree, as amended.

SO ORDERED THIS 17th OF SEPTEMBER, 2002, AT DETROIT.

John Feikens

HONORABLE JOHN FEIKENS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF MICHIGAN

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2002, I caused a true copy of the foregoing **NOTICE OF FILING OF ORDER** to be served by first-class mail, postage prepaid, on the counsel of record listed on the following pages.

Annette M. Lang

**SERVICE LIST**
**U.S. v. Wayne County - Case No: 87-70992**

Jennifer Granholm, Attorney General
Attn: Pam Stevenson
Assistant Attorney General
Natural Resources and Environmental Quality
P.O. Bo 30217
Lansing, Michigan 48909
Tel: (517) 373-7540
Fax: (517) 335-6668

L. Michael Wicks
Attn: Peter Caplan
Assistant U.S. Attorney
211 West Fort Street, #2300
Detroit, Michigan 48226-3211
Tel: (313) 226-9760
Fax: (313) 226-3800

Thomas K. DiPietro
DePietro & Day, P.C.
557 Main Street
Belleville, Michigan 49811
Tel: (734) 697-3800
Fax: (734) 697-3802

Stephen J. Hitchcock, Esq.
Cox, Hodgman & Giamarco, P.C.
201 West Big Beaver, 5th Floor
Troy, Michigan 48084-4160
Tel: (248) 528-2200
Fax: (248) 528-2773

Susan Perdomo
Office of Regional Counsel
Region V (C-14J)
Environmental Protection Agency
77 West Jackson Blvd.
Chicago, Illinois 60604
Tel: (312) 886-0557
Fax: (312) 886-0747

Edward Zelenak, Esq.
2933 Fort Street
Lincoln Park, Michigan 48192
Tel: (313) 386-6400
Fax: (313) 386-7778

William Look
Look, Kalmbach & Look
2241 Oak Street
Wyandotte, Michigan 48192-5317
Tel: (734) 285-6500
Fax: (734) 285-4160

Beth S. Gotthelf, Esq.
Seyburn, Kahn, Ginn, Bess and Serlin
2000 Town Center
Suite 1500
Southfield, MI 48-75-1195
Tel: (248) 351-3590
Fax: (248) 353-3727

Dr. Jonathan W. Bulkley
1915 Scottwood
Ann Arbor, Michigan 48104

William J. DeBiasi, Esq.
DeBiasi & Associates, P.C.
24825 Eureka Road
Taylor, Michigan 48180-5159
Tel: (734) 946-7430
Fax: (734) 946-4710

Victor T. Mitea, Esq.
Horizon Building
20600 Eureka Road, Suite 717
Taylor, Michigan 48180
Tel: (734) 284-7550
Fax: (734) 282-9505

Randall A. Pentiuk, Esq.
Pentiuk, Couvreur & Kobiljak, P.C.
Suite 230 Superior Place
20300 Superior Street
Taylor, Michigan 48180-6303
Tel: (734) 374-8930
Fax: (734) 374-8857

Mary Rose MacMillan, Esq.
Wayne County
Department of Environment
415 Clifford, 5th Floor
Detroit, Michigan 48226
Tel: (313) 224-6678
Fax: (313) 237-1183

Patrick B. McCauley, Esq.
Sommers, Schwartz, Silver & Schwartz, PC
2000 Town Center, Suite 900
Southfield, Michigan 48075-1100
Tel: (248) 355-0300
Fax: (248) 746-4001

David A. Bower, Esq.
10454 West Jefferson
River Rouge, Michigan 48218-1334
Tel: (313) 842-1292
Fax: (313) 842-5290

Kurt L. Heise
Administrative Assistant to the Mayor
City of Dearborn Heights
6045 Fenton
Dearborn Heights, Michigan 48127
Tel: (313) 277-7413
Fax: (313) 274-7765

John E. McSorley, Esq.
Garan, Lucow & Miller, P.C.
1000 Woodbridge Street
Detroit, MI 48207-3192
Tel: (313) 446-5511
Fax: (313) 259-0450

Janet Callahan Barnes
Secrest, Wardle, Lynch, Hampton,
Truex and Morley, P.C.
30903 Northwestern Highway
P.O. Box 3040
Farmington Hills, MI 48333-3040
Tel: (248) 851-9500
Fax: (248) 851-2158

Edward D. Plato
Secrest, Wardle, Lynch, Hampton,
Truex and Morley, P.C.
30903 Northwestern Highway
P.O. Box 3040
Farmington Hills, MI 48333-3040
Tel: (248) 851-9500
Fax: (248) 851-2158

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION




UNITED STATES OF AMERICA and FRANK J. KELLEY, ATTORNEY GENERAL FOR THE STATE OF MICHIGAN, EX REL MICHIGAN NATURAL RESOURCES COMMISSION, AND DIRECTOR OF THE MICHIGAN DEPARTMENT OF NATURAL RESOURCES,

Plaintiffs,

v.

Civil Action No.
87-70992
Hon. John Feikens

WAYNE COUNTY, MICHIGAN; CITY OF ALLEN PARK; CITY OF BELLEVILLE; TOWNSHIP OF BROWNSTOWN; CITY OF DEARBORN HEIGHTS; CITY OF ECORSE; CITY OF LINCOLN PARK; CITY OF RIVER ROUGE; CITY OF SOUTHGATE; CITY OF TAYLOR; TOWNSHIP OF VAN BUREN; CITY OF WYANDOTTE; CITY OF RIVERVIEW; SOUTHGATE-WYANDOTTE RELIEF DRAINAGE DISTRICT; AND ECORSE CREEK POLLUTION ABATEMENT DRAIN,




Defendants.

______________________________________/

**NOTICE OF FILING OF ORDER**

Plaintiff, the United States of America, hereby notices to the parties to this action that a proposed order is attached hereto. On August 30, 2002, this Court requested the United States to

submit a proposed Order consistent with the Court's ruling of that same day. That Order is attached.

Respectfully Submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ANNETTE M. LANG
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044
(202) 514-4213

JEFFREY G. COLLINS
United States Attorney
Eastern District of Michigan

PETER CAPLAN (P30643)
Assistant United States Attorney
Civil Division
United States Attorneys Office
211 W. Fort St.
Suite 2300
Detroit, MI 48226-3211
(313) 226-9784

OF COUNSEL:
SUSAN PERDOMO
Office of Regional Counsel
United States Environmental Protection Agency
77 W. Jackson Blvd. (C-14J)
Chicago, IL 60604