UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lessard, et. al.,

    Plaintiffs,

v.

City of Allen Park, et al.,

    Defendants.

Case No. ~~00-74306~~ 87-70992

Hon. John Feikens

**WAYNE COUNTY'S DISCLOSURE OF WITNESSES WITH REGARD TO 100-YEAR RAIN EVENT**

BODMAN, LONGLEY & DAHLING LLP
By:   R. Craig Hupp (P36254)
        G. Christopher Bernard (P57939)
34th Floor, 100 Renaissance Center
Detroit, MI 48243
(313) 259-7777
Attorneys for Wayne County



FILED
2002 OCT 22 P 3 06
U.S. DIST. COURT CLERK
EAST. DIST. MICH.
DETROIT

October 18, 2002

Detroit 429102_1   474

# WAYNE COUNTY'S DISCLOSURE OF WITNESSES WITH REGARD TO 100-YEAR RAIN EVENT

Pursuant to the Court's direction, Wayne County identifies persons with knowledge of the determination of a "100-year" storm event for the Wayne County area and with knowledge of the amount of rainfall on September 10-12, 2000, as follows:

| Person | Employer | Subject Matter |
| --- | --- | --- |
| Mark Tenbrock | Camp, Dresser & McKee ("CDM") | Derivation of the "100-year" storm as a point estimate and conversion to an area estimate |
| James Scholl | TetraTech MPS | Review of CDM estimate and supervision of modifications thereto, if any |
| Steve Kalinowski | Wade Trim & Associates | Use of rainfall estimate in facility design |
| Karen Ridgway | Applied Science | Use of rainfall estimate in sewer flow modeling |
| Thomas Knueve | Surface Water Quality Division, MDEQ | Process by which MDEQ and communities agreed upon 100-year rain storm as a design standard |
| Osama Khaimi | Surface Water Quality Division, MDEQ | Derivation of 100-year design storm and adoption of design standards for stormwater facilities |
| John Baratta | Wade Trim & Associates | Overall knowledge of derivation of 100-year storm and use in system design |
| Mark Coleman | Wade Trim & Associates | Design storms for Allen Park and Lincoln Park Retention Basins |
| Rick Facione | Wayne County Department of Environment | September, 2000 rainfall data |

All witnesses are located in Southeast Michigan except James Scholl who is located in Lansing.

The basic data source for the derivation of the 100-year storm is National Weather Service Technical Publication TP-40 (1961). NWS Publication HYDRO-35 may also have been used as a reference. Technical documentation prepared by Wayne County's contractors related to derivation of the 100-year storm is being retrieved from storage and will be identified upon retrieval and produced for inspection and copying.

                                        Respectfully submitted,

                                        BODMAN, LONGLEY & DAHLING LLP

                                        By: _____
                                            R. Craig Hupp (P36254)
                                        34th Floor, 100 Renaissance Center
                                        Detroit, MI 48243
                                        (313) 259-7777

October 22, 2002                         Attorneys for

## PROOF OF SERVICE

On the date below, I sent by First Class Mail a true copy thereof **Wayne County's Disclosure of Witnesses With Regard to 100-Year Rain Event** to cousel shown on the attached list.

Lavonda Jackson, Esq.
Wayne County
Department of Environment
415 Clifford, 7th Floor
Detroit, Michigan 48226

Edward D. Plato, Esq.
Secrest, Wardle, Lynch, Hampton
30903 Northwestern Highway
P.O. Box 3040
Farmington Hills, Michigan 48333-9500

Patrick McCauley
Sommers, Schwartz, Silver & Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, Michigan 48075

Peter W. Macuga, Esq.
Macuga & Liddle, PC
975 East Jefferson
Detroit, MI 48207

Dale Caltrider, Esq.
Law Office of Dale L. Caltridge
2456 W. Jefferson Ave.
P.O. Box 379
Trenton, MI 48183

Timothy S. Ferrand
Cummings, McClorey, Davis & Acho, PC
25509 Kelly Road #C
Roseville, MI 48066

Kurt Heise, Esq.
Cummings, McClory, Davis & Acho, PLC
33900 Schoolcraft Road #G-1, Livonia,
MI 48150

James T. Mellon, Esq.
Mellon, McCarthy & Van Dusen
2301 West Big Beaver Rd., Suite 500
Troy, MI 48084

George V. Warren, Esq.
Warren Foundation
1017 E. Kalamazoo Street
Lansing, MI 48912

Randy J. Martinek, Esq.
Coticchio & Associates
19678 Harper Avenue
Grosse Pointe Woods, MI 48236

Floyd Virant, Esq.
Patrick, Johnson & Mott
1100 American Center
27777 Franklin Road
Southfield, MI 48034

Kerry L. Morgan
Pentiuk, Couvreur & Kobiljak, PC
20300 Superior Street
Suite 230 Superior Place
Taylor, MI 48180-6303

Lucy Ford, Esq.
UAW-Ford Legal Services Plan
20600 Eureka Road
Suite 620
Taylor, MI 48180

Marcia Howe, Esq.
Johnson, Rosati, LaBarge, Aseltyne, & Field, PC
34405 W. Twelve Mile Road
Suite 200
Farmington Hills, MI 48331-5627

John J. Gillooly, Esq.
Garan Lucow Miller, PC
Woodbridge Place
1000 Woodbridge Street
Detroit, MI 48207-0450

Ronald Haystead, Esq.
Law Offices of R. Thomas Bidari
3035 Biddle Avenue
Suite 200
Wyandotte, MI 48034

Alyssa J. Enelman, Esq.
Grotefeld & Denenberg
30800 Telegraph Road
Suite 3858
Bingham Farms, MI 48025

Karl A. Barr, Esq.
Barr, Anhyt & Galbreath
105 Pearl Street
Ypsilanti, MI 48197-2611

Gregory S. Pierce, Esq.
Kotz, Sangster, Wysocki & Berg, PC
4500 Renaissance Center
Suite 2555
Detroit, MI 48243-1602

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date: October 22, 2002

Signature: _____
Name: R. CRAIG HUPP