UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESSARD, et al.,

    Plaintiffs,

v.

CITY OF ALLEN PARK, et al.,

    Defendants.
_____/

Civil Action No. 00-74360
Civil Action No. 87-70992

Geoffrey H. Seidlein (P32401)
Thomas A. Bengtson (P10677)
Stacy L. Hissong (P55922)
Attorney for Defendants Southgate-
Wyandotte Relief Drain Drainage District
and Ecorse Creek Pollution Abatement
District No. 1
5801 West Michigan Avenue
P.O. Box 80857
Lansing, MI 48908-0857
_____/

**THIRD-PARTY DRAINAGE DISTRICT DEFENDANTS'
BRIEF IN SUPPORT OF OBJECTIONS TO PLAINTIFFS' SUBPOENA TO
GREELEY AND HANSEN, L.L.C.**

Southgate-Wyandotte Relief Drainage District a/k/a Southgate-Wyandotte Relief Drain Drainage District, a/k/a Southgate-Wyandotte Drain Drainage District, and Ecorse Creek Pollution Abatement District NO. 1, a/k/a Ecorse Creek Pollution Abatement Drain ("Third Party Defendants Drainage Districts"), by and though their attorneys HUBBARD, FOX, THOMAS, WHITE & BENGTSON, P.C., submit this Brief in support of their objections to the subpoena issued to Greeley and Hansen, L.L.C.

## INTRODUCTION

On September 10 and 11, 2000, the area serviced by the Downriver Sewer System was hit by a massive rainstorm that exceeded the guidelines for a 100-year storm event. These Plaintiffs initiated a complaint against the Downriver Communities and Wayne County, alleging trespass nuisance and a taking in violation of the Michigan Constitution.

## STATEMENT OF RELEVANT FACTS

On May 23, 2003, Plaintiffs issued a subpoena to Greeley and Hansen, L.L.C., requesting the following documents:

> **Any and all documents, correspondence, reports, notes, emails either received, created and/or controlled by the department which relates to, discusses, mentions or involves the Independent System Assessment of the Southgate/Wyandotte Relief Drain Drainage District to be used for the development of a High Level Implementation Plan for the Southgate/Wyandotte Relief Drain Drainage District.** *Excluded from this request are any documents, correspondence, reports, notes, email either received, created and/or controlled by deponent which relate to the opinions held by deponent which were acquired or developed in anticipation of testimony in the litation entitled Lessard v. Allen Park, Civil Action No. 00-74306 (E.D. Mich. Feikens, J.)* (See Exhibit A; emphasis in original.)

Third Party Defendants Drainage Districts previously filed a preliminary expert witness list naming Paul Vogel, an engineer and employee of Greeley and Hansen, L.L.C.

## ARGUMENT

Because an employee of Greeley and Hansen, L.L.C., has been named as a potential expert witness, Plaintiffs' subpoena violates the Federal Rules of Civil Procedure as it is issued to an expert witness named by a party [in violation of F.R.C.P. 26(b)(4)] and it seeks trial preparation materials [in violation of F.R.C.P. 26(b)(3)]. The subpoena also violates this Court's Rule 16 Pre-Trial Discovery Order regarding the deadline for disclosure of the primary expert

2

witnesses to testify and for production of those expert witness' reports.

Furthermore, the subpoena violates the intent of this Court's Orders dated May 9, 2003, in that those Orders quashing Plaintiffs' subpoenas to Wade Trim, Nagle Construction and Hennessey Engineering specified that discovery was limited to:

A. Downriver System Operation "from August 10, 2000, through September 12, 2000"; and

B. "[E]xperts' written reports and depositions."

Plaintiffs' subpoena plainly exceeds the parameters of discovery regarding both testifying and non-testifying experts retained by a party, as established by the Federal Rules of Civil Procedure. The subpoena also exceeds the specific parameters of discovery in this case as established by both the Rule 16 Pre-Trial Discovery Order and the Orders dated May 9, 2003. Therefore, Third Party Defendants Drainage Districts respectfully request this Honorable Court issue an Order quashing Plaintiffs' subpoena to Greeley and Hansen, L.L.C.

Respectfully submitted,

HUBBARD, FOX, THOMAS,
WHITE & BENGTSON, P.C.

Dated: May 28, 2003          BY: _____
                             Geoffrey H. Seidlein (P32401)
                             Stacy L. Hissong (P55922)
                             Attorneys for Defendants Drainage Districts
                             HUBBARD, FOX, THOMAS,
                             WHITE & BENGTSON, P.C.
                             5801 W. Michigan Avenue
                             P.O. Box 80857
                             Lansing, MI 48908-0857

F:\Data\Client N-Z\Southgate-Wyandotte - 19662.0001\brief.quash.subpoena.doc

EXHIBIT ___A___

# United States District Court
# Eastern District of Michigan



*Subpoena in a Civil Case and Return of Service Form*

| Plaintiff(s): | | Defendant(s): |
|---|---|---|
| LESSARD, ET AL. | v. | CITY OF ALLEN PARK, ET AL. |

| TO: | GREELEY & HANSEN, LLC<br>211 W. Fort Street<br>Detroit, MI 48226 | CASE NO. 00-74306 / 87-70992<br>JUDGE **JOHN FEIKENS**<br>☐ SUBPOENA FOR ATTENDANCE AT TRIAL<br>☐ SUBPOENA FOR ATTENDANCE AT A DEPOSITION<br>☒ DOCUMENT PRODUCTION REQUEST ONLY<br>☐ PROPERTY INSPECTION REQUEST ONLY |
|---|---|---|

| COMMAND TO APPEAR | YOU ARE HEREBY COMMANDED to appear at the place, date and time specified below to give testimony in the above case, and, if so indicated, to bring certain documents with you. |
|---|---|

Place:

Date:

Time:

☐ APPEARANCE WITH DOCUMENTS (SEE DESCRIPTION BELOW)

☐ APPEARANCE WITHOUT DOCUMENTS

| COMMAND FOR DOCUMENTS | YOU ARE HEREBY COMMANDED to have the following documents, objects or things delivered to the place listed below, or allow the inspection of the below-listed property at the date and time specified. |
|---|---|

Place: 975 E. Jefferson Avenue, Detroit, MI 48207-3101

Date: **FRIDAY, JUNE 6, 2003**

Time: **2:00 PM**

Description of documents/items to be produced or property to be inspected:
Any and all documents, correspondence, reports, notes, email either received, created and/or controlled by deponent which relates to, discusses, mentions or involves the Independent System Assessment of the Southgate/Wyandotte Relief Drain Drainage District to be used for the development of a High Level Implementation Plan for the Southgate/Wyandotte Relief Drain Drainage District. Excluded from this request are any documents, correspondence, reports, notes, email either received, created and/or controlled by deponent which relate to the opinions held by deponent which were acquired or developed in anticipation of testimony in the litigation entitled Lessard v. Allen Park, Civil Action No. 00-74306 (E.D. Michi Feikens, J.)

| This subpoena is issued by (name, address and telephone number of attorney:)<br>David R. Dubin, Esq.<br>975 E. Jefferson Avenue<br>Detroit, MI 48207-3101<br>(313) 392-00105 | Date of execution<br>May 23, 2003<br>☒ On behalf of the Plaintiff ☐ Defendant | Signature of Issuing attorney/court officer |
|---|---|---|

INT-0129-MIE-4/92 REV. 4/94

PAGE ONE OF TWO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESSARD, et al.,

    Plaintiffs,

v.

CITY OF ALLEN PARK, et al.,

    Defendants.
_____/

Civil Action No. 00-74360
Civil Action No. 87-70992

Geoffrey H. Seidlein (P32401)
Thomas A. Bengtson (P10677)
Stacy L. Hissong (P55922)
Attorney for Defendants Southgate-
Wyandotte Relief Drain Drainage District
and Ecorse Creek Pollution Abatement
District No. 1
5801 West Michigan Avenue
P.O. Box 80857
Lansing, MI 48908-0857
_____/

## PROOF OF SERVICE

    I CERTIFY that a copy of Defendant Drainage Districts' Objection to Subpoena to Greeley and Hansen, L.L.C. and supporting Brief, was sent to counsel of record at the addresses listed below, via first class mail on May 28, 2003.

Lavonda Jackson, Esq.
Wayne County
Department of Environment
415 Clifford, 7th Floor
Detroit, Michigan 48226

Timothy S. Ferrand
Cummings, McClorey, Davis & Acho, PC
25509 Kelly Road #C
Roseville, MI 48066

Edward D. Plato, Esq.
Secrest, Wardle, Lynch, Hampton
30903 Northwestern Highway
P.O. Box 3040
Farmington Hills, Michigan 48333-9500

Kurt Heise, Esq., Director
Wayne County Dept. of Environment
415 Clifford Street, 7th Floor
Detroit, MI 48226

1

Patrick McCauley
Sommers, Schwartz, Silver & Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, Michigan 48075

Peter W. Macuga, Esq.
Macuga & Liddle, PC
975 East Jefferson
Detroit, MI 48207

William Colovos, Esq.
13400 Dix Toledo Road
Southgate, MI 48195

Kerry L. Morgan
Pentiuk, Couvreur & Kobiljak, PC
2915 Biddle Avenue
Edelson Building
Suite 200
Wyandotte, MI 48192

Lucy Ford, Esq.
UAW-Ford Legal Services Plan
20600 Eureka Road
Suite 620
Taylor, MI 48180

Kenneth A. Slusser, Esq.
Marcia Howe, Esq.
Johnson, Rosati, LaBarge, Aseltyne, & Field, PC
34405 W. Twelve Mile Road
Suite 200
Farmington Hills, MI 48331-5627

John J. Gillooly, Esq.
Garan Lucow Miller, PC
Woodbridge Place
1000 Woodbridge Street
Detroit, MI 48207-0450

James T. Mellon, Esq.
Mellon, McCarthy & Van Dusen
2301 West Big Beaver Rd., Suite 500
Troy, MI 48084

Floyd Virant, Esq.
Patrick, Johnson & Mott, PC
27777 Franklin Road
Suite 1100
Southfield, MI 48034

George V. Warren, Esq.
Warren Foundation
1017 E. Kalamazoo Street
Lansing, MI 48912

Ronald . Haystead, Esq.
Law Offices of R. Thomas Bidari
3035 Biddle Avenue
Suite 200
Wyandotte, MI 48034

Alyssa J. Enelman, Esq.
Grotefeld & Denenberg
30800 Telegraph Road
Suite 3858
Bingham Farms, MI 48025

Karl A. Barr, Esq.
Barr, Anhyt & Galbreath
105 Pearl Street
Ypsilanti, MI 48197-2611

Gregory S. Pierce, Esq.
Kotz, Sangster, Wysocki & Berg, PC
4500 Renaissance Center
Suite 2555
Detroit, MI 48243-1602

2

Avery K. Williams, Esq.
Williams Acosta, PLLC
660 Woodward Ave. Ste. 2430
Detroit, MI 48226

Randy J. Martinek, Esq.
Coticchio & Associates
18 1st Street
Mount Clemens, MI 48043-2523

Craig Hupp
Bodman, Longley & Dahling LLP
34th Floor, 100 Renaissance Center
Detroit, MI 48243
(313) 259-7777

_____
Laurel E. Kienitz

F:\Data\Client N-Z\Southgate-Wyandotte - 19662.0001\POS.3-A.doc

3