UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

vs.

WAYNE COUNTY, MICHIGAN, et al.,

    Defendants.

Civil Action No. 87-70992
HON. JOHN FEIKENS

NOV - 7 2003
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

---

BRUCE J. LAZAR (P16475)
COUZENS, LANSKY, FEALK, ELLIS,
  ROEDER & LAZAR, P.C.
Attorneys for Wayne County
39395 W. Twelve Mile, Suite 200
Farmington Hills, MI 48331
(248) 489-8600

DAVID A. BOWER (P38004)
Attorney for City of River Rouge
10454 West Jefferson Ave.
River Rouge, MI 48218-1334
(313) 842-1292

SHIKHA BAKSHI-HAMILTON (P52925)
Attorney for City of Ecorse
3869 W. Jefferson
Ecorse, MI 48229
(313) 294-3728

ROBERT S. GAZALL (P41350)
WAYNE COUNTY CORP COUNSEL
Co-Counsel for Wayne County
600 Randolph Street, Fl 2
Detroit, MI 48226
(313) 224-6290

TERRANCE A. KEITH (P37738)
Counsel for Wayne County
 Treasurer
600 Randolph, Suite 253
Detroit, MI 48226
(313) 224-6107

---

## CONSENT ORDER REGARDING CITY OF RIVER ROUGE

At a session of said Court held in the U.S. District Court, Eastern District Detroit, Michigan, on NOV - 7 2003

PRESENT: HONORABLE   **JOHN FEIKENS**
                                  U.S. District Court Judge

The matter having come on for hearing on November 4, 2003 upon the motion of Wayne County for an Order To Show Cause, and based upon no objection by the parties, the Court having entered a Temporary Restraining Order restraining and enjoining the Wayne County Treasurer from disbursing any funds in his possession received from National Steel Corporation to the cities of Ecorse and River Rouge; and Wayne County and the City of River Rouge having resolved their dispute upon the terms set forth herein as evidenced by the approval acknowledged below.

NOW, THEREFORE, in accordance with the agreement of the parties;

IT IS HEREBY ORDERED that the Temporary Restraining Order entered on November 4, 2003 is dissolved and the Wayne County Treasurer, upon his final determination of interest, costs and administrative fees owed to Wayne County, shall pay from the City of River Rouge's net distributive share of the proceeds received from National Steel Corporation the sum of $2,537,818.85 to Wayne County and the balance shall be paid to the City of River Rouge as soon as the amount of such net distribution share is calculated.

IT IS HEREBY FURTHER ORDERED that the City of River Rouge shall levy sufficient millage on its tax rolls for December 1, 2003 to satisfy a judgment levy in the amount of $1,094,421.65 and shall remit by wire transfer the proceeds of that levy to Wayne County Treasurer every two (2) weeks as it is collected, and shall pay the full amount of the levy no later than March 14, 2004.

-2-

IT IS HEREBY FURTHER ORDERED that the City of River Rouge shall, commencing with its December 1, 2004 property tax bills, levy sufficient millage to enable it to collect taxes in the amount of the annual judgment payment as directed by Wayne County.

IT IS HEREBY FURTHER ORDERED that in accordance with its contractual obligations regarding both the Combined Sewer Overflow Project and the Downriver Sewage Disposal System, the City of River Rouge shall pay operation and maintenance charges for each system within thirty (30) days after receipt of an invoice from the Wayne County Department of the Environment.

*/s/ John Feikens*
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF MICHIGAN

Approved as to Form and Content:

| COUNTY OF WAYNE | CITY OF RIVER ROUGE |
|---|---|
| By: /s/ Bruce J. Lazar | /s/ David A. Bower |
| BRUCE J. LAZAR (P16475) | DAVID A. BOWER (P10454) |
| COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C. | 10454 West Jefferson Ave. |
| 39395 W. Twelve Mile, Suite 200 | River Rouge, MI 48218-1334 |
| Farmington Hills, MI 48331 | (313) 842-1292 |
| (248) 489-8600 | |
| Or | Or |
| ROBERT S. GAZALL (P41350) | MICHAEL D. MURRAY (P62580) |
| WAYNE COUNTY CORP COUNSEL | CLARK HILL, PLC |
| 600 Randolph Street, Fl 2 | 500 Woodward Ave, Suite 3500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 224-6290 | (313) 965-8664 |

WAYNE COUNTY TREASURER

By: /s/ Terrance A. Keith
TERRANCE A. KEITH (P37738)
600 Randolph, Suite 253
Detroit, MI 48226
(313) 224-6107

O:\JLB\Bruce\County of Wayne\River Rouge\Consent Order - River Rouge