FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOV - 7 2003
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA, et al.,

        Plaintiffs,

vs.

WAYNE COUNTY, MICHIGAN, et al.,

        Defendants.

Civil Action No.
87-70992
HON. JOHN FEIKENS

_____/

BRUCE J. LAZAR (P16475)
COUZENS, LANSKY, FEALK, ELLIS,
  ROEDER & LAZAR, P.C.
Attorneys for Wayne County
39395 W. Twelve Mile, Suite 200
Farmington Hills, MI 48331
(248) 489-8600

ROBERT S. GAZALL (P41350)
WAYNE COUNTY CORP COUNSEL
Co-Counsel for Wayne County
600 Randolph Street, Fl 2
Detroit, MI 48226
(313) 224-6290

DAVID A. BOWER (P38004)
Attorney for City of River Rouge
10454 West Jefferson Ave.
River Rouge, MI 48218-1334
(313) 842-1292

TERRANCE A. KEITH (P37738)
Counsel for Wayne County
 Treasurer
600 Randolph, Suite 253
Detroit, MI 48226
(313) 224-6107

SHIKHA BAKSHI-HAMILTON (P52925)
Attorney for City of Ecorse
3869 W. Jefferson
Ecorse, MI 48229
(313) 294-3728

_____/

## CONSENT ORDER REGARDING CITY OF ECORSE

At a session of said Court held in the
U.S. District Court, Eastern District
Detroit, Michigan, on NOV - 7 2003

PRESENT: HONORABLE JOHN FEIKENS
                                  U.S. District Court Judge

The matter having come on for hearing on November 4, 2003 upon the motion of Wayne County for an Order To Show Cause, and based upon no objection by the parties, the Court having entered a Temporary Restraining Order restraining and enjoining the Wayne County Treasurer from disbursing any funds in his possession received from National Steel Corporation to the cities of Ecorse and River Rouge; and after discussion, Wayne County and the City of Ecorse having placed the resolution of their dispute on the record;

NOW THEREFORE, in accordance with the agreement placed on the record,

IT IS HEREBY ORDERED that the City of Ecorse shall pay to Wayne County the following amounts:

- A. $421,732.62, receipt of which was acknowledged on the record;
- B. $6,681.16; and
- C. $2,867.09.

IT IS HEREBY FURTHER ORDERED that the Temporary Restraining Order is dissolved, as to the City of Ecorse only, and the Wayne County Treasurer shall pay to the City of Ecorse, upon the Wayne County Treasurer's final determination of interest, costs and administrative fees owed to the County of Wayne, its pro-rata share of the proceeds received from National Steel Corporation as soon as that amount is calculated.

IT IS HEREBY FURTHER ORDERED that the City of Ecorse shall place on its tax rolls for December 1, 2003 a judgment levy in the

-2-

amount of $256,877.61 and shall remit the proceeds of that levy to Wayne County as soon as it is collected, but no later than February 28, 2004.

*[signature]*
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF MICHIGAN

APPROVED AS TO FORM AND CONTENT:

*[signature]*
BRUCE J. LAZAR (P16475)
COUZENS, LANSKY, FEALK, ELLIS,
 ROEDER & LAZAR, P.C.
Attorneys for Wayne County
39395 W. Twelve Mile, Suite 200
Farmington Hills, MI 48331
(248) 489-8600

*[signature]*
ROBERT S. GAZALL (P41350)
WAYNE COUNTY CORP COUNSEL
Co-Counsel for Wayne County
600 Randolph Street, Fl 2
Detroit, MI 48226
(313) 224-6290

*[signature]*
TERRANCE A. KEITH (P37738)
Counsel for Wayne County
 Treasurer
600 Randolph, Suite 253
Detroit, MI 48226
(313) 224-6107

*[signature]*
SHIKHA BAKSHI-HAMILTON (P52925)
Attorney for City of Ecorse
3869 W. Jefferson
Ecorse, MI 48229
(313) 294-3728

O:\JLB\Bruce\County of Wayne\River Rouge\Consent Order final

-3-