UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
APR 3 0 2004
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA, et al,

    Plaintiffs,

Case No. 87-70992
Honorable John Feikens

v.

WAYNE COUNTY, MICHIGAN, et al,

    Defendants.
_____/

### ORDER CONFIRMING CONSENT DECREES

In this case regarding the Consent Decree, the First Amended Consent Decree and the Second Amended Consent Decree and the parties having raised several questions regarding the decrees and the Court having held hearings thereon, and,

The parties following the hearings having agreed to continue the Consent Decrees aforesaid in their present form,

The Court confirms that these Consent Decrees are still in full force and effect according to their terms.

IT IS SO ORDERED.

                                        JOHN FEIKENS
                                        UNITED STATES DISTRICT JUDGE

DATED: APR 2004