**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA, *et al.,*
    Plaintiffs,

CASE NUMBER: 87-70992

v.

HONORABLE SEAN F. COX

WAYNE COUNTY, *et al.*,
    Defendants.
_____/

**NOTICE OF STATUS CONFERENCE**

You are hereby notified to appear before the Honorable Sean F. Cox, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 867 |
|---|---|---|
| **FRIDAY, NOVEMBER 3, 2017** | **10:00 AM** | Theodore Levin U.S. Courthouse<br>**231 W. Lafayette**<br>**Detroit, Michigan 48226** |

**CERTIFICATE OF MAILING**

I hereby certify that on a copy of this notice was served upon on this date November 1, 2017 by ordinary mail and/or electronic mail.

Date: November 1, 2017

s/ Jennifer McCoy
Deputy Clerk    313-234-2650