UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, et al.,

       Plaintiffs,                      Case No. 87-cv-70992
                                                    Hon. Sean F. Cox

vs.

WAYNE COUNTY, et al.,

       Defendants.
_____

### NOTICE OF SUBMISSION OF PROPOSED AMENDMENT TO 1994 FINANCING PLAN

TO:   Clerk of the Court
         Attorneys and/or Parties of Record

PLEASE TAKE NOTICE that Wayne County has submitted for entry by the Court the attached Stipulated Amendment to Financing Plan and Final Judgment ("Stipulated Amendment") together with Exhibits 1-6.  Absent objection within 21 days—i.e., by November 27, 2017—the submitted Stipulated Amendment will be entered by the Court.

Parties wishing to object to entry should contact the undersigned counsel.

A copy of this Notice together with the proposed Stipulated Amendment to Financing Plan and Final Judgment (without exhibits) is being served on non-ECF participants by U.S. mail.

                          Respectfully submitted,

                          */s/ Ryan M. Shannon*
                          Ryan M. Shannon (P74535)
                          Dickinson Wright PLLC
                          Attorneys for Wayne County
                          215 S. Washington Sq., Suite 200
                          Lansing, MI 48933
                          (517) 487-4719
Dated: November 6, 2017    rshannon@dickinsonwright.com

## PROOF OF SERVICE

The undersigned certifies that on November 6, 2017 the foregoing paper was electronically filed with the clerk of the Court using the Court's electronic filing system, which will send notification of such filing via email to all counsel of record participating in ECF; the foregoing paper is also being served on non-ECF counsel by U.S. Mail.

                          */s/ Ryan M. Shannon*
                          Ryan M. Shannon (P74535)
                          Dickinson Wright PLLC
                          Attorneys for Wayne County
                          215 S. Washington Sq., Suite 200
                          Lansing, MI 48933
                          (517) 487-4719
                          rshannon@dickinsonwright.com

LANSING 9731-52 527380v1