# EXHIBIT 4

# EXHIBIT 4

| Outstanding Judgment Levy Debts Issued Under 1994 Financing Agreement ||
|---|---|
| **Legal Description** | **Project Number** |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #10 (Southgate/Wyandotte Flow Control Chamber) (LTGO) | DSRL01-1999 (SRF# 5117-01) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #3 (Bid Package F) (LTGO) | DSRL15-1995 (SRF# 5117-15) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #4A (Bid Package R) (LTGO) | DSRL18-1995 (SRF# 5117-18) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #4B (Bid Package R) (LTGO) | DSRL19-1995 (SRF# 5117-19) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #9 (Eureka Relief Sewer Extension) (LTGO) | DSRL20-1999 (SRF#5117-20) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #5A (Pelham Basin Connection) (LTGO) | DSRL23-1995 (SRF#5117-23) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #7 (Lower Tunnel) (LTGO) | DSRL24-1995 (SRF# 5117-24) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #8 (Tunnel Dewatering Pump Station) (LTGO) | DSRL25-1998 (SRF# 5117-25) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #5B (City of Allen Park) (LTGO) | DSRL26-1995 (SRF# 5117-26) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #6 (City of Dearborn Heights) (LTGO) | DSRL27-1995(SRF# 5117-27) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #7 (City of Romulus Local Relief Project) (LTGO) | DSRL28-1995 (SRF# 5117-28) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #7 (City of Southgate Local Relief Project) (LTGO) | DSRL29-1997(SRF# 5117-29) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #7 (City of Taylor Local Relief Project) (LTGO) | DSRL30-1995 (SRF# 5117-30) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #7 (Low Lift Pump Station) (LTGO) | DSRL31-1995 (SRF# 5117-31) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #8 (Wyandotte WWTO Ultraviolet Disinfection Facilities and Wyandotte WWTP Outfall Connection ) (LTGO) | DSRL32-1999 (SRF# 5117-32) |
| Downriver Sewage Disposal System Bonds State Revolving Fund Series #11 (System Monitoring Project and Operations and Maintenance Manual) | DSRL34-2000 (SRF#5117-34) |
| Downriver Sewage Disposal System Completion Bonds (LTGO) | DSRL-2007B (COMPLETION BONDS) |
| Downriver Sewage Disposal System Bonds, 1999 Series B | DSRL-1999B -SERIES BONDS |