UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, et al.,

    Plaintiff,

v

WAYNE COUNTY, et al.,

    Defendants.

Case No. 87-cv-70992

Hon. Sean F. Cox

_____/

## NOTICE OF SUBSTITUTION OF COUNSEL
### *AND PROOF OF SERVICE*

    PLEASE TAKE NOTICE that I, Assistant Attorney General Elizabeth A. Morrisseau, hereby make this substitution to appear in place of Assistant Attorney General Jaclyn Shoshana Levine and former Assistant Attorney General Pamela J. Stevenson on behalf of the officials and commissions representing the State of Michigan in the above-entitled matter, and any other officials, commissions, or departments of State government that may be their current-day successors.

    Respectfully submitted,

    Bill Schuette
    Attorney General

    */s/ Elizabeth A. Morrisseau*
    Elizabeth A. Morrisseau (P81899)
    Assistant Attorney General

|  |  |
|---|---|
|  | Environment, Natural Resources, and Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 373-7540 |
| Dated:  November 29, 2017 | MorrisseauE@michigan.gov |

## **PROOF OF SERVICE**

    I hereby certify that on November 29, 2017, I caused to be electronically filed a Notice of Substitution of Counsel and proposed Order with the Clerk of the Court using the ECF System, which will provide electronic notice and copies of such filing to all E-Filing Users currently registered in this case.

                                        */s/ Elizabeth A. Morrisseau*
                                        Elizabeth A. Morrisseau (P81899)
                                        Assistant Attorney General

LF:  U.S. v Wayne County/#89-001713-A-L/Substitution – POS 2017-11-29