UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, et al.,

      Plaintiff,

v

WAYNE COUNTY, et al.,

      Defendants.

Case No. 87-cv-70992

Hon. Sean F. Cox

_____/

## ORDER OF SUBSTITUTION OF COUNSEL

Assistant Attorney General Elizabeth A. Morrisseau is substituted in the place and stead of Assistant Attorney General Jaclyn Shoshana Levine and former Assistant Attorney General Pamela J. Stevenson on behalf of the officials and commissions representing the State of Michigan in the above-entitled matter, and any other officials, commissions, or departments of State government that may be their current-day successors.

    **IT IS SO ORDERED.**

                                                 _____
                                               Sean F. Cox
                                               United States District Judge

Dated: November ___, 2017

LF: U.S. v Wayne County/#89-001713-A-L/Order - Substitution 2017-11-29